# EXHIBIT A



**Portfolio Recovery Associates, LLC**

02/25/2020

Dear JESUS CHINEA JR,

### We know life happens.
Every day Portfolio Recovery Associates, LLC works with people to resolve their debt. We would love to do the same for YOU.

Sincerely,
PORTFOLIO RECOVERY ASSOCIATES, LLC

**Account Details**

Account Number: ▮▮▮▮
Seller: BARCLAYS BANK DELAWARE
Original Creditor: BARCLAYS BANK DELAWARE
Original Account Number: ▮▮▮▮
Creditor to Whom Debt is Owed: PORTFOLIO RECOVERY ASSOCIATES, LLC
Balance: $2,468.88

---

**Account Offers**

**Pay the Full Balance**
- 1 Payment of $2,468.88
- 6 Monthly Payments of $411.48*
- 12 Monthly Payments of $205.74*

Your account will be considered paid-in-full after your final payment is successfully posted.

**OR**

**Choose a Savings Plan**
- 1 Payment(s) of $987.55 and **SAVE $1,481.33***
- Pay $370.33 for 3 consecutive months and **SAVE $1,357.89***
- Pay $205.74 for 6 consecutive months and **SAVE $1,234.44***

The savings will be applied to the balance and your account will be considered paid-in-full for less than the full balance after your final payment is successfully posted.

Within approximately 30 days of your final payment successfully posting, we will request that the three major credit reporting agencies delete our tradeline related to your account from your credit bureau report.

**Your first payment must be received by: 03/30/2020**
*We are not obligated to renew this offer.

---

**Contact Us**



Visit us online at:
www.PRApay.com

Call Toll - Free 1-800-772-1413 to discuss your account with us.



Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk VA 23541

...ow long you can be sued on a debt. Because of the age of your debt, we will not sue you for it. Depending on ...te, certain actions, such as making a payment or promising to pay the debt, may restart the time period for the ...it against you; but even if that were the case, we still will not sue you on this debt.

...communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

**Notice:** See Reverse Side for Important Information